**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D'AMORE,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>  Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-00260-SMS<br><br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed February 24, 2016, Plaintiff Michael D'Amore seeks to proceed *in forma pauperis*. Doc. 2. Section 1915(a) provides that the Court "may authorize the commencement . . . of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] . . . possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). A plaintiff "need not be absolutely destitute to obtain benefits of the in forma pauperis statute. Nonetheless, a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (quotations and citations omitted).

According to the Department of Health and Human Services, the 2016 poverty guidelines are: $11,880 for a one-person household and $16,020 for a two-person household is.[1] U.S. Department of Health and Human Services, *Poverty Guidelines*, https://aspe.hhs.gov/poverty-

---

[1] These poverty guidelines apply to those residing in the 48 contiguous states and the District of Columbia, excluding Alaska and Hawaii.

guidelines (last visited February 26, 2016); Annual Update of the HHS Poverty Guidelines, 81 Fed. Reg. 4036 (January 25, 2016).  In this case, Plaintiff reported receiving $1,150 per month from renting out two mobile homes, which translates to $13,800 per year.  Plaintiff also reported that his wife, a dependent, receives sales commission of approximately $1,000 per month, which translates to $12,000 per year.  Under a one person or two-person household, Plaintiff's income level is above the poverty guideline.

Consequently, the Court is not of the view that Plaintiff's financial status—as reflected by income, personal and real property —is that of an indigent.

Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff shall pay the filing fee to the Clerk of the Court within thirty (30) days of this order.  If Plaintiff does not pay the filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution without further notice.

IT IS SO ORDERED.

Dated:   **February 26, 2016**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE