# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D'AMORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>　　　　Defendant. | Case No. 1:16-cv-00260-SMS<br><br>ORDER VACATING<br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 3) |

　　By motion filed February 24, 2016, Plaintiff Michael D'Amore sought to proceed *in forma pauperis*. Doc. 2. On February 26, 2016, the Court signed an order denying Plaintiff's. Doc. 3. Such an order, however, contravened established law that a magistrate judge cannot make a final and binding disposition absent designation by a district judge or consent by the parties, and therefore issued in error. *See* 28 U.S.C. § 636(b)(1), (c)(1); Local Rules 302-305.

　　To correct the error, the Court hereby vacates its order, signed February 26, 2016. Doc. 3. The Court will thereafter issue Findings and Recommendation under 28 U.S.C. § 636(b)(1) and Local Civil Rule 302 of the United States District Court for the Eastern District of California. Plaintiff will have an opportunity to object to the findings and recommendation.

IT IS SO ORDERED.

　　Dated:　**March 16, 2016**　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28