1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

7
8
9
10
11
12

| | |
|---|---|
| **MICHAEL D'AMORE,** | **1:16-cv-00260-LJO-SMS** |
| **Plaintiff,** | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 7)** |
| **v.** | |
| **CAROLYN W. COLVIN,** **Acting Commissioner Of Social Security,** | |
| **Defendant.** | |

13
14
15
16
17
18

On April 13, 2016, Magistrate Judge Sandra M. Snyder issued findings and recommendations ("F&Rs") to deny Plaintiff's motion to proceed *in forma pauperis* ("IFP") (Doc. 7). In accordance with the provisions set forth in 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court adopts the F&Rs and accordingly denies the Plaintiff's motion for IFP status.

19
20
21
22
23
24
25

As the F&Rs explain, the Court "may authorize the commencement . . . of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] . . . possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court relies on the Department of Health and Human Services' 2016 poverty guidelines for the determination of IFP status. The 2016 poverty guideline for a two-person household is $16,020. U.S. Department of Health and Human Services, *Poverty Guidelines*, https://aspe.hhs.gov/poverty-guidelines (last visited June 1, 2016). Collectively, Plaintiff and his wife

1

1    receive an annual household income of $25,800—a total of $9,780 above the poverty guideline for a

2    two-person household. Therefore, the Court agrees with the F&Rs that the Plaintiff's financial status

3    does not qualify him for IFP status.

4           Accordingly, the Court ADOPTS the F&Rs (Doc. 7) filed April 13, 2016 and DENIES

5    Plaintiff's motion for IFP status (Doc. 2).

6           Plaintiff shall pay the filing fee to the Clerk of the Court within thirty (30) days of this order. If

7    Plaintiff does not pay the filing fee or submit an amended application, the Court shall dismiss the case

8    for lack of prosecution without further notice.

9

10   IT IS SO ORDERED.

11       Dated:   **June 1, 2016**                    **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

2