# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D'AMORE,<br><br>    Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-00260-LJO-SMS<br><br>ORDER ISSUING SUMMONS AND NEW CASE DOCUMENTS AND VACATING THE COURT'S ORDER ADOPTING FINDINGS AND RECOMMENDATION |

This is a Social Security appeal. On April 13, 2016, the Court issued Findings and Recommendation to deny Plaintiff's application to proceed *in forma pauperis*. Doc. 8. Thereafter, on April 29, 2016, Plaintiff paid the $400.00 filing fee in full.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court issue the summons and new case documents; and

2. The Court's June 2, 2016, order adopting the Findings and Recommendation is vacated based on Federal Rule of Civil Procedure 60(a).[1]

IT IS SO ORDERED.

   Dated: __July 14, 2016__            __/s/ Sandra M. Snyder__
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 60(a) states, in relevant part: "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice." Fed. R. Civ. P. 60(a).

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28