PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL LEROY D'AMORE, | Civil No. 1:16-cv-00260-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this additional time because he has a very heavy workload, including six other district court cases and a Ninth Circuit merits brief coming due within the next two weeks.

The new due date for Defendant's responsive brief will be Monday, July 3, 2017.

//

//

1

Stip. to Extend Def.'s Brief

| | Respectfully submitted, |
| --- | --- |
| Date: June 1, 2017 | NEWEL LAW |

By: */s/ Melissa Newel\**
MELISSA NEWEL
*\* By email authorization on May 31, 2017*
Attorney for Plaintiff

Date: June 1, 2017            PHILIP A. TALBERT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

The above stipulation of the parties is adopted by the Court. The Defendant's Opposition shall be filed no later than **July 3, 2017**. Plaintiff may file a reply within fifteen (15) days of the filing of Defendant's Opposition.

IT IS SO ORDERED.

Dated:   **June 5, 2017**            /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s Brief