PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL LEROY D'AMORE, | ) Civil No. 1:16-cv-00260-GSA |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **SECOND EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER** |
| | ) **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 21 days to file her responsive brief. Defendant respectfully requests this additional time because he has a very heavy workload, including four other District Court matters upcoming in the following week. In addition, the undersigned has planned leave in order to assist his brother in a major, time consuming move from South San Francisco to Oklahoma City.

Stip. to Extend Def.'s Brief and Order

1

The new due date for Defendant's responsive brief will be Monday, July 24, 2017.

Respectfully submitted,

Date: *June 30, 2017*    NEWEL LAW

By: */s/ Melissa Newel\**
MELISSA NEWEL
*\* By email authorization on June 30, 2017*
Attorney for Plaintiff

Date: *June 30, 2017*    PHILIP A. TALBERT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

The above stipulation between the parties (Doc. 24) is adopted. Defendant shall file her responsive brief **no later than Monday, July 24, 2017**. Plaintiff shall file any reply within fifteen (15) days of the filing of Defendant's response.

IT IS SO ORDERED.

Dated: **July 5, 2017**    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE