PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| MICHAEL LEROY D'AMORE, | ) | Civil No. 1:16-cv-00260-GSA |
| | ) | |
|     Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **THIRD EXTENSION OF TIME FOR** |
|     v. | ) | **DEFENDANT TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 4 days to file her responsive brief. The undersigned respectfully requests this additional time because he has not been feeling well and has missed time from work, and thus requests this additional time to recover and to properly respond to the issues raised in Plaintiff's brief.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Friday, July 28, 2017.

Respectfully submitted,

Date: *July 24, 2017*     NEWEL LAW

By:  */s/ Melissa Newel**
MELISSA NEWEL
*By email authorization on July 24, 2017*
Attorney for Plaintiff

Date: *July 24, 2017*     PHILIP A. TALBERT
United States Attorney

By:  */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

Defendant shall file the Opposition no later than **July 28, 2017**. Any Reply shall be filed no later than 15 days the filing of the Opposition.

IT IS SO ORDERED.

Dated:  **July 26, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2