Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA 94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MICHAEL LEROY D'AMORE

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
JEFFREY T. CHEN
Special Assistant U.S. Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8939
jeffrey.chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEROY D'AMORE, | No. 1:16-CV-00260 (GSA) |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO EAJA (28 U.S.C. §2412)** |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

1      IT IS HEREBY STIPULATED by and between the parties, through their undersigned

2 attorneys, subject to the approval of the Court, that Michael Leroy D'amore (Plaintiff) be

3 awarded attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d),

4 in the amount of five thousand three hundred and fifty dollars ($5,350). This represents

5 compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this

6 civil action, in accordance with 28 U.S.C. § 2412(d).

7      After the Court issues an Order for EAJA fees to Plaintiff, the matter of Plaintiff's

8 assignment of EAJA fees to Plaintiff's attorney will be considered. Pursuant to *Astrue v. Ratliff*,

9 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney

10 fees are subject to any offset allowed under the United States Department of the Treasury's Offset

11 Program. After the Order for EAJA fees is entered, the government will determine whether they

12 are subject to any offset.

13      Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

14 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the

15 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively

16 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments

17 made shall be delivered to Plaintiff's counsel.

18      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

19 attorney fees and does not constitute an admission of liability on the part of Defendant under

20 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any

21 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees

22 and costs in connection with this action.

23 ///

24 ///

25 ///

26 ///

27 ///

28

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: May 1, 2018                                  NEWEL LAW

By:     *Melissa Newel*
        Melissa Newel
        Attorney for Plaintiff
        MICHAEL LEROY D'AMORE

Dated: May 1, 2018                                  MCGREGOR W. SCOTT
                                                    United States Attorney
                                                    DEBORAH LEE STACHEL
                                                    Regional Chief Counsel, Region IX
                                                    Social Security Administration

By:     *Jeffrey T. Chen**
        JEFFREY T. CHEN
        (*Authorized by email dated 05/01/2018*)
        Special Assistant U.S. Attorney
        Attorneys for Defendant

///

///

///

///

///

///

///

///

///

1

**ORDER**

2    Pursuant to the parties' stipulation (Doc. 35), Plaintiff's counsel shall be paid five

3
thousand three hundred and fifty dollars ($5,350.00) under the Equal Access to Justice Act
4
(EAJA), 28 U.S.C. §2412(d).  All payments are subject to *Astrue v. Ratliff*, 560 U.S. 586, 598
5
(2010) and shall be made in accordance with the terms of the parties' stipulation. Additionally, in
6
light of the parties' stipulation, Plaintiff's Motion for Attorney's Fees filed on April 18, 2018
7
(Doc. 32) is denied as moot.
8

9

10   IT IS SO ORDERED.

11
     Dated:  **May 3, 2018**              **/s/ Gary S. Austin**
12                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28